**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Noemi Roman                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-10490 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                 Respectfully submitted,

                                 /s/ *Rebecca Solarz*
                                 Rebecca Solarz
                                 28 Apr 2022, 15:09:41, EDT

                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322