# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                     Chapter 13

NOEMI ROMAN                          Bankruptcy No. 22-10490-AMC

226 E COMLY STREET

PHILADELPHIA, PA 19120

        Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
NOEMI ROMAN

226 E COMLY STREET

PHILADELPHIA, PA 19120

**Counsel for debtor(s), by electronic notice only.**
VAUGHN A. BOOKER ESQ
1420 WALNUT STREET STE 815

PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 5/11/2022                                                                 /s/ Kenneth E. West

                                                                                         _____
                                                                                         Kenneth E. West, Esquire
                                                                                         Chapter 13 Standing Trustee