# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 22-10490-AMC

NOEMI ROMAN

226 E COMLY STREET

PHILADELPHIA, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  NOEMI ROMAN

  226 E COMLY STREET

  PHILADELPHIA, PA 19120


Counsel for debtor(s), by electronic notice only.

  VAUGHN A. BOOKER ESQ
  1420 WALNUT STREET STE 815

  PHILADELPHIA, PA 19102-

Date: 11/15/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee