# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | : Chapter 13 Bankruptcy |
| **Noemi Roman,** | : BK No: 22-10490-AMC |
| Debtor | |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Debtor Noemi Roman's Second Amended Chapter 13 Plan dated January 12, 2023, on the following named parties or their Attorney of record, by electronic transmission and/or regular first class U.S. Mail on the date and following persons listed below:

Pamela Elchert Thurmond, Esquire
City of Philadelphia
Law /Revenue Department
Municipal Services Building
1401 John F. Kennedy Boulevard, 5th Floor
Philadelphia, Pennsylvania 19102
Attorney for Creditor,
City of Philadelphia

Kenneth E. West - Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, Pennsylvania 19107
Trustee

Brian Craig Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106
Attorney for Creditor
Pennsylvania Housing Finance Agency

Attention: Sonya M. Kaloyvanides
U.S. Department of Housing and Urban Development
The Wanamaker Building, 11thFloor
100 Penn Square East
Philadelphia, Pennsylvania 19107

Credit Acceptance
25505 W. Twelve Mile Road
Suite 3000
Southfield, MI 48034

Capital One Auto Finance,
A Division of Capital One, N.A.
c/o AIS Portfolio Services, LP
4515 N. Sante Fe Avenue, Dept APS
Oklahoma City, OK 73118

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, Pennsylvania 19106

Noemi Roman
226 E. Comly Street
Philadelphia, Pennsylvania 19120
Debtor

**By:**

    **/s/ Vaughn A. Booker, Esquire**
    **Vaughn A. Booker, Esquire**
    **1420 Walnut Street, Suite 815**
    **Philadelphia, Pennsylvania 19102**
    **Telephone: (215) 545-0474**
    **Facsimile: (215) 545-0656**
    **Email: vbs00001@aol.com**
    **Attorney I.D. No: 42312**
    **Attorney for Debtor,**

**Dated: January 16, 2023**    **Noemi Roman**